No. 81–5977. MacArthur v. Philippine Air Lines, Inc., et al. C. A. 9th Cir. Certiorari denied. ▮

No. 81–5978. Creasy v. Virginia. Sup. Ct. Va. Certiorari denied.

No. 81–5981. Wolff v. United States. C. A. 10th Cir. Certiorari denied.

No. 81–5982. Fontana v. United States. C. A. 3d Cir. Certiorari denied. ▮

No. 81–5983. McDonald v. Metropolitan Government of Nashville and Davidson County. Sup. Ct. Tenn. Certiorari denied.

No. 81–5985. Pardue v. United States. C. A. 5th Cir. Certiorari denied. ▮

No. 81–5987. Sutterer v. United States. C. A. 5th Cir. Certiorari denied. ▮

No. 81–5991. Jones v. United States. C. A. 9th Cir. Certiorari denied. ▮

No. 81–5992. Diaz v. New York. Ct. App. N. Y. Certiorari denied. ▮

No. 81–5993. Green v. Director of Institutions, North Dakota State Prisons, et al. C. A. 8th Cir. Certiorari denied. ▮

No. 81–5994. Cooper v. Sowders, Warden, Kentucky State Penitentiary. C. A. 6th Cir. Certiorari denied. ▮

No. 81–5995. Ballet v. Pence et al. C. A. 5th Cir. Certiorari denied. ▮